IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ERIC TYRONE POWELL,

      Appellant,

v.

      Case No.  5D23-1117
      LT Case No. 2012-CF-0998

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 20, 2023

3.850 Appeal from the Circuit Court
for Marion County,
Robert W. Hodges, Judge.

Eric T. Powell, Milton, pro se.

No Appearance for Appellee.

PER CURIAM.

      AFFIRMED.

JAY, BOATWRIGHT and PRATT, JJ., concur.